UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE DILORENZO CARDOSO,

    Plaintiff,

v.                                          Case No. 8:23-cv-879-KKM-JSS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

On November 7, 2023, the United States Magistrate Judge entered a Report and Recommendation, recommending that Plaintiff Julie Dilorenzo Cardoso's Unopposed Motion for an Award of Attorney's Fees and Costs under the Equal Access to Justice Act (Doc. 14) be granted. The fourteen-day deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation for the reasons stated therein and grants Cardoso's motion.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific

objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, the Court adopts the Report and Recommendation. Cardoso's motion is unopposed, and her request for $1,799.38 in fees and $402.00 in costs is reasonable under the circumstances.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 15) is **ADOPTED** and made a part of this Order for all purposes.

2. Cardoso's Unopposed Motion for an Award of Attorney's Fees and Costs under the Equal Access to Justice Act (Doc. 14) is **GRANTED**.

3. The Clerk is directed to enter judgment in favor of Cardoso and against the Commissioner in the amount of $1,799.38 for attorney's fees and $402.00 for costs.

4. The Commissioner is directed to determine whether Cardoso owes a debt to the United States. If the United States Department of the Treasury determines that Cardoso does not owe such a debt, the Commissioner is directed to accept Cardoso's assignment of Equal Access to Justice Act fees and pay the fees directly to Cardoso's counsel.

**ORDERED** in Tampa, Florida, on November 27, 2023.

_Kathryn Kimball Mizelle_
Kathryn Kimball Mizelle
United States District Judge